# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:05CR236

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) |
| | )       **ORDER** |
| | ) |
| | ) |
| **David Preslar** | ) |

      **THE MATTER** is before the court upon motion of Defendant for a continuance of this matter from the July 18, 2005 criminal term in the Charlotte Division.

      This case has already been moved to the September 12, 2005 term of court. Accordingly, this motion is **denied** as moot.

      The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: July 13, 2005**

Graham C. Mullen
Chief United States District Judge